# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00822-CV

**In re Harlan Levien, Stephen Levien, Kenneth Ives, and Parvin Johnson, Jr.**

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

## D I S S E N T I N G   O P I N I O N

On this record, including the live pleadings, I cannot conclude that the district court abused its discretion. Accordingly, I would deny mandamus relief.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed: April 30, 2015